June 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

STEVEN FRANKOFF, Appellant

NO. 14-11-00152-CV                          V.

SUSAN NORMAN AND MIKE EASTON, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, Susan Norman and Mike Easton, signed February 14, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred by granting summary judgment in favor of appellee, Susan Norman. We therefore order that the portions of the judgment in favor of appellee, Susan Norman, are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellant, Steven Frankoff, to pay his costs and Appellant Mike Easton's costs incurred in this appeal. We order appellee, Susan Norman, to pay her costs incurred in this appeal. We further order this decision certified below for observance.